### 26566. HART v. THE STATE.

MacINTYRE, J. This case is a companion to *Kimbrell* v. *State*, 57 *Ga. App.* 294. The two cases were tried together, and the instant writ of error is controlled by the ruling there made. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED FEBRUARY 15, 1938.

*B. J. Dantone, James R. Venable,* for plaintiff in error.
*Roy Leathers, solicitor-general,* contra.